UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ZIP, LLC | CASE NO. 6:19-CV-00902 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| ZACHRY EXPLORATION, LLC | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Zip, LLC's Motion to Remand and for Attorneys' Fees (Rec. Doc. 6) is DENIED.

Signed at Lafayette, Louisiana, this 10th day of October, 2019.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE